UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In re: Olga Rivera**                                Case No. 18-14453

**Debtor**                                            Chapter 13

NOTICE OF APPLICATION AND RESPONSE DEADLINE

David J. Averett, Esquire, attorney for Debtor, Olga Rivera, has filed an Application for Compensation and Reimbursement of Expenses, in the above captioned case.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

1. If you do not want the court to grant the relief sought in the Application, or if you want the court to consider your views on the Application, then on or before March 28, 2019, you or your attorney must do all of the following:

    (a)    file an answer explaining your position at

                        Bankruptcy Clerk's Office,
                        U.S. Bankruptcy Court
                        The Robert Nix Building
                        900 Market Street
                        Philadelphia, PA 19107

    If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b)    mail a copy to the applicant:

                        David J. Averett, Esquire
                        7719 Castor Avenue, 2nd Floor
                        Philadelphia, PA 19152
                        Tel: (215) 342-5024
                        Fax: (215) 742-2464

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the application.

3.     If a copy of the Application is not enclosed, a copy of the Application will be provided to you, upon request, from the attorney named in paragraph 1(b).

4.     You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out if the hearing has been cancelled because no one filed an answer.

Date: 3/8/19