UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

IN RE:                                    :   CHAPTER 13
OLGA RIVERA
          DEBTOR              :   BANKRUPTCY NO. 18-14453

_____

## CERTIFICATE OF SERVICE

David J. Averett, Esquire, attorney for Debtor, certifies that he served a copy of the attached Second Amended Chapter 13 Plan, upon the following persons by electronic mail on March 26, 2019.  The debtor and creditors were served by regular mail on the same date:


Olga Rivera
316 N. Jordan Street
Allentown, PA  18102

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

William Miller, Esquire
P.O. Box 40119
Philadelphia, PA  19107

All Creditors listed on Schedules D, E and F


BY:


/s/ David J. Averett_____
DAVID J. AVERETT, ESQUIRE
7719 CASTOR AVENUE
PHIALDELPHIA, PA  19152
(215) 342-5024
ATTORNEY FOR DEBTOR
#43760