United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 18-14453-amc
Olga M Rivera                                                       Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4         User: PaulP              Page 1 of 1            Date Rcvd: Jun 24, 2019
                            Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 26, 2019.
db              +Olga M Rivera,    316 N. Jordan Street,    Allentown, PA 18102-3034

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 24, 2019 at the address(es) listed below:
          DAVID J. AVERETT    on behalf of Debtor Olga M Rivera averettlaw@comcast.net
          KEVIN G. MCDONALD    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
          ECF_FRPA@Trustee13.com
                                                                            TOTAL: 5

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In re: Olga Rivera**

Case No.  18-14453

**Debtor**

Chapter 13

## O R D E R

**AND NOW,** upon consideration of the Application for Compensation ("the Application")
filed by the Debtor(s)' counsel ("the Applicant") and upon the Applicant's certification that
proper service has been made on all interested parties and upon the Applicant's certification of
no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of **$ 2,490.00** .

3. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative
   expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C.
   §330(a)(4)(B), the allowed compensation set forth in ¶2  less **$ 890.00** which was paid by the
   Debtor(s) prepetition, to the extent such distribution is authorized under the terms of the
   confirmed chapter 13 plan.

Date: **June 24, 2019**