IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | |
|---|---|
| IN RE: OLGA M. RIVERA )<br>    **Debtor(s)** ) | CHAPTER 13 |
| ) | |
| ACAR LEASING LTD ) | CASE NO. 18-14453-AMC |
| d/b/a GM FINANCIAL LEASING ) | |
|     **Moving Party** ) | 11 U.S.C. 362 |
|         v. ) | |
| ) | HEARING DATE: **12-12-19 at 11:00 AM** |
| OLGA M. RIVERA ) | |
|     **Respondent(s)** ) | |
| ) | |
| SCOTT F. WATERMAN ) | |
|     **Trustee** ) | |

### ORDER VACATING THE AUTOMATIC STAY
### AS TO PERSONAL PROPERTY

Upon the motion of ACAR Leasing LTD d/b/a GM Financial Leasing, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is vacated to permit the movant to pursue the movant's state court rights in the personal property described as a **2017 GMC Terrain** bearing vehicle identification number 2GKFLSEK4H6144181 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

**It is further Ordered that this Order shall become effective immediately without regard to Bankr. R. 4001(a)(3).**

Date: 12/12/19

_____
UNITED STATES BANKRUPTCY JUDGE