Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020  
Chapter 13 Case No. 18-14453-PMM

OLGA  M RIVERA  
316 N JORDAN STREET  
ALLENTOWN  PA    19115

Petition Filed Date: 07/03/2018  
341 Hearing Date: 08/21/2018  
Confirmation Date: 06/20/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/15/2019 | $500.00 | 47043424534 | 01/15/2019 | $150.00 | 47043424535 | 02/05/2019 | $650.00 | |
| 03/05/2019 | $600.00 | | 04/09/2019 | $351.00 | | 05/02/2019 | $351.00 | |
| 06/03/2019 | $351.00 | | 07/08/2019 | $351.00 | | 08/01/2019 | $351.00 | |
| 09/04/2019 | $351.00 | | 10/28/2019 | $702.00 | 6278940000 | 12/02/2019 | $351.00 | 6368119000 |
| 01/03/2020 | $351.00 | 6454208000 | 02/03/2020 | $351.00 | 6524517000 | 04/01/2020 | $702.00 | 6679068000 |
| 06/22/2020 | $702.00 | 6881785000 | 07/02/2020 | $351.00 | 6908914000 | 08/03/2020 | $351.00 | 6984357000 |

**Total Receipts for the Period: $7,867.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $10,367.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 5 | ACAR LEASING LTE DBA<br>»» 005 | Unsecured Creditors | $722.93 | $303.22 | $419.71 |
| 12 | CITIBANK NA<br>»» 012 | Unsecured Creditors | $5,392.13 | $319.30 | $5,072.83 |
| 13 | CITIBANK NA<br>»» 013 | Unsecured Creditors | $1,874.13 | $110.97 | $1,763.16 |
| 6 | DISCOVER BANK<br>»» 006 | Unsecured Creditors | $4,541.71 | $268.94 | $4,272.77 |
| 2 | DISCOVER PERSONAL LOAN<br>»» 002 | Unsecured Creditors | $32,829.43 | $1,943.95 | $30,885.48 |
| 9 | DEPARTMENT STORE NATIONAL BANK<br>»» 009 | Unsecured Creditors | $978.42 | $46.26 | $932.16 |
| 10 | ECAST SETTLEMENT CORPORATION<br>»» 010 | Unsecured Creditors | $1,020.05 | $48.24 | $971.81 |
| 7 | FIRST COMMONWEALTH FCU<br>»» 007 | Unsecured Creditors | $12,572.04 | $744.42 | $11,827.62 |
| 1 | FIRST NATIONAL BANK OMAHA<br>»» 001 | Unsecured Creditors | $13,074.79 | $774.22 | $12,300.57 |
| 3 | LVNV FUNDING LLC<br>»» 003 | Unsecured Creditors | $24,017.18 | $1,422.13 | $22,595.05 |
| 11 | PENNYMAC LOAN SERVICES LLC<br>»» 011 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | POLICE & FIRE FCU<br>»» 004 | Unsecured Creditors | $9,989.13 | $591.48 | $9,397.65 |
| 8 | WELLS FARGO<br>»» 008 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 14 | DAVID J AVERETT, ESQ<br>»» 014 | Attorney Fees | $1,600.00 | $1,600.00 | $0.00 |

**Chapter 13 Case No. 18-14453-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $10,367.00 | Current Monthly Payment: | $351.00 |
| Paid to Claims: | $8,173.13 | Arrearages: | $0.00 |
| Paid to Trustee: | $899.87 | Total Plan Base: | $22,652.00 |
| Funds on Hand: | $1,294.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.