UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In re:  Olga Rivera**                                :         Case No. 18-14453

        **Debtor**                                    :         Chapter 7

### PRAECIPE TO AMEND DEBTOR'S ADDRESS

Kindly amend the Debtor's address to be as follows:

8846 Bradford Street
Philadelphia, PA  19115

Date: 12/26/2020                                                    /s/ David J. Averett, Esquire
                                                                                           Attorney for Debtor